IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 18-cr-00501-RBJ | Date:  September 17, 2019 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA **Plaintiff** | *Valeria Spencer* |
| **v.** | |
| 3. DEON MCELRATHBEY **Defendant** | *Pro Se via telephone* |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

Court in Session:  2:37 p.m.

Appearance of counsel and *pro se* defendant.

Discussion held on discovery, trial setting, and pending motions.

For the reasons stated on the record, it is

**ORDERED:  Speedy trial is extended to November 15, 2019.  Trial is continued to November 12, 2019 at 9:00 a.m.**

Phone call disconnected.

Bureau of Prisons calls to inform the Court of the reason for the disconnected phone call.

Additional findings made pursuant to the Speedy Trial Act and pending motions.

**ORDERED:   [60] Motion to Dismiss is DENIED.**

**[78] Motion to Dismiss is DENIED.**

**ORDERED:   [88] Motion to Dismiss is DENIED.**

Jury instructions reviewed and ruled upon as stated on the record.

Court in Recess:  3:13 p.m.          Hearing concluded.          Total time in Court:  00:36